**FILED**

SEP 22 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JORGA AVILA,

Plaintiff.

No. C 14-03705 BLF (PR)

**ORDER ADMINISTRATIVELY CLOSING CASE**

On August 13, 2014, Plaintiff, a California prisoner, filed a letter alleging prison officials at Salinas Valley State Prison were violating his Eighth Amendment rights by failing to provide adequate medical care. (Docket No. 1.) On the same day, the Clerk of the Court sent Plaintiff a notice that he must submit a complaint within twenty-eight days to avoid dismissal of the action; the Clerk included a copy of the court's form complaint. (*See* Docket No. 2.) On August 25, 2014, Plaintiff filed a letter stating that he did not intend to file a formal complaint when he sent the August 13, 2014 letter, and requesting that the case number be rescinded. (Docket No. 5.)

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case. Because this case was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

DATED: September 22, 2014

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.14\03705Avila_adminclose.wpd